**No. 55944.**—C. N. Cangemi et al. *v.* United States, protests 172160–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55945.**—Accurate Millinery Co. et al. *v.* United States, protests 160190–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.